# — EXHIBIT A —

 [redacted]

Prudential

[redacted]

June 13, 2024

SETH KHANER
[redacted]

**Notice of Security Incident**

Dear Seth:

At Prudential, we take seriously our commitment to protect the information we manage on behalf of our customers, employees, and company. We are writing to let you know we recently experienced a cybersecurity incident that affected some of your personal information.

We are providing you with information about the incident, our response, and additional measures you can take to help protect yourself. Importantly, we are not aware of fraud or misuse of your personal information resulting from this incident.

**What Happened?**

On February 5, 2024, Prudential detected unauthorized third-party access to certain company systems and data. We promptly activated our incident response plan and launched an investigation into the nature and scope of the issue with assistance from external cybersecurity experts. We also reported this matter to relevant law enforcement. Through the investigation, we learned that the unauthorized third party gained access to our network on February 4, 2024 and removed a small percentage of personal information from our systems.

**What Information Was Involved?**

Our investigation determined that information related to your Prudential products and services was affected by this incident. This information included your name, address, date of birth, email, phone number, and policy number.

**What We Are Doing.**

Prudential takes this incident and our responsibility to protect your personal information extremely seriously. As part of our response, we have worked with leading cybersecurity experts to confirm the unauthorized third party no longer has access to our company systems. We also have taken proactive measures to protect our systems and data, including enhancing access controls and security protocols, and implementing additional monitoring technologies and procedures, among other actions. We are also taking steps to strengthen our authentication protocols and help protect access to your account.

While we are not aware of identity theft or fraud related to information affected by this incident, as an additional precaution, we are providing you with 24 months of complimentary identity monitoring services. Details about this offer and instructions on how to activate these services are enclosed with this letter.

**What You Can Do.**

We encourage you to remain vigilant and review your account statements and free credit reports regularly to ensure there is no unauthorized or explained activity. We also encourage you to activate the complimentary identity monitoring services that we are offering. Please review the enclosed *Steps You Can Take to Help Protect Personal Information*, which contains details about this offer and general guidance on what you can do to safeguard against possible future misuse of your information.