# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SETH KHANER**, on behalf of himself, and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**PRUDENTIAL FINANCIAL, INC.** d/b/a **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**,<br><br>　　　　　　　　Defendant. | No. 2:24-CV-07671<br>CLOSED |

## VOLUNTARY ORDER OF DISMISSAL WITHOUT PREJUDICE

　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through his undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Dated: August 6, 2024

/s/ Christopher L. Ayers
**SEEGER WEISS LLP**
Christopher A. Seeger
Christopher L. Ayers
Hillary Fidler
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey, 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com
hfidler@seegerweiss.com

J. Gerard Stranch IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
T: (615) 254–8801
gstranch@stranchlaw.com

*Pro hac vice forthcoming *Attorneys for Plaintiff and Proposed Class*

*SO ORDERED: 8/7/2024*
*s/Stanley R. Chesler, U. S. D. J.*